Appellants.— Motion for reargument granted, and case set down for Tuesday, December 2, 1919. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

TERESA M. GRAHAM, Appellant, v. PETER H. HAVEY & SONS, INC., Respondent.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of the INTERNATIONAL COMMITTEE OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS and Others, Respondents, for an Order Directing DAVID W. HARKNESS and CALVIN S. MAY, Respondents, and ALBERT FRANCIS HAGAR, Appellant, as Surviving Executors of JULIA L. BUTTERFIELD, Deceased, etc., to Pay a Part of the Residuary Legacy, etc.— Motion granted, with ten dollars costs. From the affidavit in question is stricken out as scandalous the following passages: Folio 20, from and including the words " An effort was made " to and including the words " part of the property " in folio 22. Folio 25, from and including the words " I charge " to and including " over $34,000 " in folio 30. The clerk of this court is directed to expunge said parts from the original affidavit, adding thereto, opposite the parts stricken out, " By order of the Court November 7, 1919." Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Judicial Settlement of the Account of ROBERT H. McGRATH, as Substituted Trustee under the Will of JOHN C. MILES, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Putnam, Blackmar and Jaycox, JJ.

ARTHUR JOHNSON, Respondent, v. W. BECKERS ANILINE & CHEMICAL WORKS, INC., Appellant.— Motion denied, on condition that appellant perfect the appeal, place the case on the December calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

HENRY KOSTER, Appellant, v. THE YONKERS RAILROAD COMPANY and Others, Respondents.— Motion denied, on condition that appellant perfect the appeal, place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

FREDERICK N. LEWIS, Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION, Defendant, and THE CONNERS BROS. CO., INC., and Another, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

WASHINGTON F. NORTON and Others, Respondents, v. ATLANTIC BEACH REALTY COMPANY and Others, Respondents. WILLIAM A. WHITE and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ROSE M. PALMER and LILLIAN PALMER, Plaintiffs, v. ROTARY REALTY COMPANY, INC., and Others, Defendants.— The order of Mr. Justice Cropsey of October seventh, for an examination before trial of defendant Rotary Realty Company by its president, having so far been unexecuted, makes a ground to stay the trial until such order be obeyed. Although no appeal here is pending, the Appellate Division has power to act under Code of